ARTHUR SCHROEDER, Respondent, *v.* COATESVILLE ROLLING MILL COMPANY et al., Appellants.

*Schroeder* v. *Coatesville R. M. Co.,* 31 App. Div. 295, affirmed.
(Argued October 8, 1900; decided October 26, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 11, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*John J. Delany* for appellants.

*Henry W. Showers* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.